NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DONALD M. WHITE,                          )
                                          )
      Appellant,                          )
                                          )
v.                                        )          Case No. 2D18-427
                                          )
STATE OF FLORIDA,                         )
                                          )
      Appellee.                           )
_____ )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Polk
County; William Sites, Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael W. Mervine,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.